```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SHMUEL SCHWARTZ,                                                 :
                                                                 :
                         Plaintiff,                              :
                                                                 :     22 Civ. 2769 (JPC)
         -v-                                                     :
                                                                 :     ORDER
J.P. MORGAN CHASE BANK and EXPERIAN                              :
INFORMATION SOLUTIONS,                                           :
                                                                 :
                         Defendants.                             :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 16, 2022, Plaintiff filed a Notice of Settlement informing the Court that this case "has been resolved between the Plaintiff and Defendant Experience Information Solutions, Inc.," the sole remaining Defendant, "pending the exchange and approval of final settlement papers." Dkt. 22. That Notice of Settlement further requested "that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Notice of Dismissal herein." *Id.* No Notice of Dismissal has since been filed. By October 24, 2022, the parties shall either file a Notice of Dismissal or submit a status letter informing the Court of whether a final settlement has been reached and, if so, whether it is necessary for the Court to retain jurisdiction over this case.

SO ORDERED.

Dated: October 17, 2022  
      New York, New York

                                                      JOHN P. CRONAN  
                                                      United States District Judge